IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALBA MARILU CANO DE HERNANDEZ,<br><br>*Petitioner*,<br><br>VS.<br><br>BOBBY THOMPSON, in His Official Capacity as Warden, South Texas ICE Processing Center, or His Successor in Office; SYLVESTER M. ORTEGA, in His Official Capacity as Field Office Director, San Antonio Field Office, U.S. Immigration and Customs Enforcement; DAVID J. VENTURELLA, in His Official Capacity as Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in His Official Capacity as Secretary of Homeland Security; and TODD BLANCHE, in His Official Capacity as Attorney General of the United States,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § | CIVIL CASE NO. SA-26-CV-5849-FB |

**ORDER GRANTING FEDERAL RESPONDENTS' OPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Federal Respondents' Opposed Motion for Extension of Time filed on September 30, 2026 (ECF No. 6). Federal Respondents (Respondents) state their current answer deadline is September 30, 2026, and ask this Court to extend the deadline to answer or otherwise respond to Petitioner's Writ of Habeas Corpus until Friday, October 2, 2026, because Respondents have identified additional paperwork that must be retrieved to accurately respond to the Petition. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Federal Respondents' Opposed Motion for Extension of Time (ECF No. 6) is GRANTED such that Federal Respondents shall have, as requested, until **Friday, October 2, 2026**, to answer or otherwise respond to Petitioner's Writ of Habeas Corpus filed on September 11, 2026 (ECF No. 1).

It is so ORDERED.

SIGNED this 1st day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE